UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL NELSON,

     Plaintiff,

v.                                Case No: 8:24-cv-2902-MSS-NHA

CAPITAL RESORTS CLUB, INC.,

     Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant Capital Resorts Club, Inc.'s Motion for Attorneys' Fees and Costs. (Dkt. 10) On June 24, 2025, United States Magistrate Judge Natalie Hirt Adams issued a Report and Recommendation. (Dkt. 14) Judge Adams recommended that the Motion be granted in part and denied in part and that Defendant be awarded $4,304.50 in attorney's fees. (Id.) Neither party has filed an objection to the Report and Recommendation, and the time to do so has now passed. (Id.)

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).

This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation, (Dkt. 14), is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    Defendant's Motion for Attorneys' Fees and Costs, (Dkt. 10), is **GRANTED IN PART and DENIED IN PART**.

3.    Defendant is awarded $4,304.50 in attorney's fees.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of August 2025.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person